```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  EDWARD DEWAYNE TEAYS

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,      ) No. 2:09-cr-0532 WBS
14                                 )
              Plaintiff,           )
15                                 ) **STIPULATION AND [PROPOSED] ORDER**
         v.                        ) **MODIFYING CONDITIONS OF RELEASE**
16                                 )
    EDWARD DEWAYNE TEAYS,          )
17                                 ) Date:  December 19, 2011
              Defendant.           ) Time:  9:30 a.m.
18                                 ) Judge: Hon. William B. Shubb
    _____ )
19

20

21       **IT IS HEREBY STIPULATED** by and between Assistant United States

22  Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal

23  Defender Jeffrey L. Staniels, Counsel for Defendant, that the condition

24  number 13 of pretrial release imposed on Mr. Teays be modified by

25  replacing the current language with the following:

26       "13.  You are only authorized to have one computer in your

27  residence.  This computer must be password protected and you shall

28  allow the pretrial services officer to install monitoring software on
```

this computer, as approved by the Court.  You shall not remove, tamper with or in any way circumvent this software, and you are responsible to pay all costs of the monitoring software."

The court is advised that Pretrial Services agrees to this modification and drafted the proposed language.

**IT IS SO STIPULATED.**

Dated: November 10, 2011  /S/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: November 10, 2011  /S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
EDWARD DEWAYNE TEAYS

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  November 10, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE