BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD DEWAYNE TEAYS,<br><br>Defendant. | CASE NO. 2:09-CR-0532 WBS<br><br>**MOTION TO DISMISS INDICTMENT AND [PROPOSED] ORDER DISMISSING INDICTMENT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing Count One of the pending indictment against the defendant in the above-captioned matter.

///

///

///

///

///

///

In the event the Court grants the United States' motion, the government asks that the status conference set for Monday, February 27, 2012, be vacated.

DATED: February 24, 2012      By: Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

*/s/ Kyle Reardon*
KYLE REARDON
Assistant United States Attorney

**O R D E R**

The United States' motion to dismiss Count One of the pending indictment in case number 2:10-CR-0532 WBS is granted. The status conference set for Monday, February 27, 2012, at 9:30 a.m. is vacated.

APPROVED AND SO ORDERED.

Dated: February 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Gov't. Mot. to Dismiss
United States v. Teays
2:09-CR-0532 WBS